IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | Criminal No. 3:19-CR-408-B-5 |
| YUSUF SIDDIDQUE | |

### GOVERNMENT'S MOTION TO DISMISS

1. In 2021, the United States and the defendant, Yusuf Siddique, with the approval of the United States Probation Office, entered into a pretrial diversion agreement with respect to the defendant's conduct in this case. The defendant has successfully completed the pretrial diversion program, per the United States Probation Office.

2. In accord with the diversion agreement, the government asks the Court to dismiss the Indictment against the defendant.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ John J. de la Garza III*
John J. de la Garza III
Assistant United States Attorney
Texas State Bar No. 00796455
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel: 214.659.8882; Fax: 214.659.8803
Email:  john.delagarza@usdoj.gov

**Government's Motion to Dismiss - Page 1**

CERTIFICATE OF CONFERENCE

I certify that I have communicated with the defendant's attorney, Yasin M. Almadani, concerning this motion and that he and the defendant are in agreement with it.

*/s/ John J. de la Garza III*
Assistant United States Attorney

CERTIFICATE OF SERVICE

I certify that on November 28, 2022, I electronically filed this document with the U.S. District Court Clerk (NDTX), using the electronic case filing ("ECF") system. The ECF system will send a "Notice of Electronic Filing" to all parties/counsel for record who have consented in writing to accept the Notice as service of this document by electronic means.

*/s/ John J. de la Garza III*
Assistant United States Attorney